KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone:  (310) 846-5800
Facsimile:    (310) 846-5801

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

-------------------------------------------------------X  CIVIL ACTION NO.
BRAVADO INTERNATIONAL GROUP             CV 12-507-DMG (FFMx)
MERCHANDISING SERVICES, INC.,

**ORDER OF DISMISSAL**
**WITHOUT PREJUDICE [27]**

                    Plaintiffs,
     -against-

FRONT ROW COLLECTIBLES, INC. and
ED GAINES a/k/a EDWARD GAINES,

                    Defendants.
-------------------------------------------------------X

     The parties having stipulated for dismissal without prejudice in the above-referenced action;

1

1     IT IS HEREBY ORDERED that plaintiff's claims against defendants are
2 hereby dismissed without prejudice with each party bearing its own costs and
3 attorneys' fees.
4
5
6
7 Dated: August 23, 2012
8
9                                                         _____
10                                                         DOLLY M. GEE
11                                                         United States District Judge